IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re: United States of America     )
                  v.                  )    Case No.  5:25-mj-23 (MJK)
    CEDRIC E. CUNDIFF              )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum,    ☐ Ad Testificandum:

1. Name of detainee: **CEDRIC E. CUNDIFF**
2. A/K/A(s)(if applicable): *Click here to enter text.*
3. Prisoner ID# (if applicable): *Click here to enter text.*
4. Detained by: **Onondaga County Sheriff's Office**
   Address: **Justice Center, 555 S. State St., Syracuse, NY 13202**
5. Detainee is:
   A: ☒ charged in this district by:
       ☐ Indictment    ☐ Information    ☒ Complaint
       ☐ Violation(s) of supervised release
   B: ☐ a witness not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on **Monday, February 02, 2026** at **2:00 pm** for:
☐ proceedings to be held at *Choose an item.*
☒ proceedings to be held at **Syracuse, NY** before **Hon. Mitchell J. Katz**
                                                                            Judicial Officer (if court proceeding)

                                                Matthew J. McCrobie
                                                Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum,    ☐ Ad Testificandum:

The above application is granted and the above-named custodian, Onondaga County Sheriff's Office as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: **January 30th, 2026**
                                                United States Magistrate Judge

### RETURN OF SERVICE

Executed on _____ by _____
                                                              (Signature)